SEALED BY ORDER OF COURT

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN JOSE

CR21-344 BLF

UNITED STATES OF AMERICA,

V.

CR 21 00344 BLF  SVK

EVAN YUKIN KOBAYASHI aka Evan Eyes,

DEFENDANT(S).

**INDICTMENT**

FILED

Sep 01 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

21 U.S.C. §§ 841(a)(1) and (b)(1) (B)(viii)– Possession with Intent to Distribute and Distribution of Methamphetamine;
21 U.S.C. § 853 – Forfeiture Allegation

---

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this ___1st___ day of

September, 2021.

Clerk

Magistrate Judge Sallie Kim

Bail, $ No bail, Warrant

1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2

3

4           **SEALED BY ORDER**

5               **OF COURT**

6

7

**FILED**

Sep 01 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR21-344 BLF |
|---|---|
| Plaintiff, | ) **VIOLATIONS**: |
|  | ) 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) – |
| v. | ) Possession with Intent to Distribute and Distribution |
|  | ) of Methamphetamine; |
| EVAN YUKIN KOBAYASHI aka Evan Eyes, | ) 21 U.S.C. § 853 – Forfeiture Allegation |
|  | ) |
| Defendant. | ) SAN JOSE VENUE |
|  | ) |
|  | ) **UNDER SEAL** |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) – Possession with Intent to Distribute and Distribution of 50 Grams and More of Methamphetamine)

On or about May 19, 2017, in the Northern District of California, the defendant,

EVAN YUKIN KOBAYASHI aka Evan Eyes,

did knowingly and intentionally distribute and possess with intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

INDICTMENT

FORFEITURE ALLEGATION:   (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of the offense alleged in Count One above, the defendant,

EVAN YUKIN KOBAYASHI aka Evan Eyes,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: September 1, 2021

A TRUE BILL.

_____/s/_____
FOREPERSON

STEPHANIE M. HINDS
Acting United States Attorney

*/s/ Daniel N. Kassabian*
DANIEL N. KASSABIAN
Special Assistant United States Attorney

INDICTMENT                                              2

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

*SEALED BY ORDER OF COURT*

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

## OFFENSE CHARGED

21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii)– Possession with Intent to Distribute and Distribution of Methamphetamine; 21 U.S.C. § 853 – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Max. term of imprisonment: 40 years, Min.term of imprisonment: 5 years; Max. fine : $5 million; Max. supervised release term: life; supervised release term: 4 years; Mandatory special assessment: $100; Forfeiture; Potential Deportation; Mandatory and discretionary denial of federal benefits upon conviction of drug offenses.

## DEFENDANT - U.S

▶ EVAN YUKIN KOBAYASHI aka Evan Eyes

DISTRICT COURT NUMBER
CR 21-00344 BLF SVK

## DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**FILED**
Sep 01 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Stephanie M. Hinds
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Daniel N. Kassabian, SAUSA

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments: